UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ASHLEIGH E. THORNTON | CIVIL ACTION |
| VERSUS | NO. 14-1243 |
| JAMES ROGERS, WARDEN | SECTION "N"(4) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on February 13, 2015 (Rec. Doc. No. 15), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Ashleigh E. Thornton's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 5th day of March, 2015.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE